IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP VILLANUEVA,

        Petitioner,                  No. CIV S-07-2281 WBS EFB P

    vs.

MIKE EVANS, et al.,

        Respondents.        ORDER

                                 /

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has filed a in forma pauperis application that is incomplete in that it lacks a certified copy of petitioner's trust account statement for the six-month period immediately preceding the filing of this action. Within 30 days from the day this order is served, petitioner may submit either the filing fee or a certified copy of his trust account statement as required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this

/////

/////

1

1  action be dismissed. The Clerk of the Court is directed to mail to petitioner a form application
2  for leave to proceed *in forma pauperis*.
3      So ordered.
4  Dated: November 1, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2