IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP VILLANUEVA,

        Petitioner,           No. CIV S-07-2281 WBS CHS P

   vs.

MIKE EVANS,

        Respondent.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the Magistrate Judge's Findings and Recommendations signed on April 1, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's April 16, 2009 request for an extension of time is granted, but only to the extent that a thirty day extension will be allowed; and

        2.  Petitioner has thirty days from the date of this order, up to and including May 20, 2009, in which to file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: April 21, 2009

*Charlene H. Sorrentino*
_____
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE