IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP VILLANUEVA,

        Petitioner,                     No. CIV S-07-2281 WBS CHS P

   vs.

MIKE EVANS,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's May 5, 2009 order denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,

1

1 | 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Petitioner has not met this standard.  Federal habeas corpus relief is not available for the alleged error in application of California sentencing law.  Petitioner has not properly alleged a violation of the Constitution or laws of the United States.  Although his claim based on *Blakely v. Washington*, 542 U.S. 296 (2004) arguably raised constitutional implications, for the reason set forth in the Magistrate Judge's Findings and Recommendations, that claim is moot.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall not issue in the present action.

DATED:   July 8, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.

2